# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA
# SACRAMENTO DIVISION

| | |
|---|---|
| **LARRY WILLIAM CORTINAS,** | 2:21-cv-02291-CKD (PC) |
| Plaintiff, | **ORDER** |
| v. | |
| **COLVIN, et al.,** | Judge: The Hon. Carolyn K. Delaney |
| | Trial Date: Not Set |
| Defendants. | Action Filed: December 13, 2021 |

**GOOD CAUSE APPEARING,** Defendants' motion for an administrative relief re-extension of time to schedule a settlement conference and motion to opt out of the Post-Screening ADR Project is granted. The deadline to contact the Courtroom Deputy to schedule a settlement conference is extended to August 29, 2022, and the deadline to file a motion to opt out of the Post-Screening ADR Project is extended to September 27, 2022.

Dated: June 30, 2022

_/s/ Carolyn K. Delaney_
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

SA2022302218 / 36325032.docx

1