IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **LARRY W. CORTINAS,**<br><br>　　　　　　　　　Plaintiff,<br><br>　v.<br><br>**COLVIN, et al.,**<br><br>　　　　　　　　　Defendants. | Case No. 2:21-cv-02291-CKD (PC)<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION FOR ADMINISTRATIVE RELIEF TO EXTEND TIME TO RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>Judge:　　　The Hon. Carolyn K. Delaney<br>Trial Date:　Not Set<br>Action Filed:　December 13, 2021 |

　　　This matter coming before the Court on Defendants' motion for relief, for a thirty-five-day extension of time on Defendant's responsive pleading deadline, and good cause appearing, the request is GRANTED.

　　　Defendants' deadline to file a responsive pleading is extended from October 28, 2022 to December 2, 2022.

　　　IT IS SO ORDERED.

Dated:  November 7, 2022

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　CAROLYN K. DELANEY
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE