IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **LARRY W. CORTINAS,**<br><br>Plaintiff,<br><br>v.<br><br>**COLVIN, et al.,**<br><br>Defendants. | Case No. 2:21-cv-02291-CKD (PC)<br><br>**ORDER ON DEFENDANTS' MOTION FOR RELIEF TO MODIFY DEADLINES IN COURT'S DISCOVERY AND SCHEDULING ORDER**<br><br>Judge:         Hon. Carolyn K. Delaney<br>Trial Date:   Not Set<br>Action Filed: December 13, 2021 |

This matter comes before the Court on plaintiff's motion to extend the discovery deadline (ECF No. 33) and defendants' motion to modify the discovery and scheduling order (ECF No. 34). For good cause shown, the motions are GRANTED. The April 21, 2023 discovery cutoff and motion to compel deadline and the July 14, 2023 pretrial motion deadline are vacated until further order of the Court.  All deadlines will be reset as necessary following adjudication of Defendants' motion for misjoinder of parties and severance of claims under Federal Rule of Civil Procedure 21.

IT IS SO ORDERED.

Dated: April 14, 2023

_/s/ Carolyn K. Delaney_
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE