IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **LARRY WILLIAM CORTINAS,** | Case No. 2:21-cv-02291-CKD (PC) |
| Plaintiff, | **ORDER RE:** |
| | **DEFENDANTS' NOTICE OF EX PARTE** |
| v. | **MOTION AND EX PARTE MOTION TO** |
| | **MODIFY COURT ORDER RE:** |
| **COLVIN, et al.,** | **DISCOVERY COMPLETION** |
| Defendants. | |

Defendants C. Colvin and A. Brooks filed an Ex Parte Ex Parte Motion To Modify Court Order Re: Discovery Completion ("Ex Parte Application"). The court read and considered the Ex Parte Application and supporting documents.

Good cause having been shown, the Court GRANTS the Ex Parte Application for an extension of time (ECF No. 52). In light thereof, the court sua sponte vacates the dispositive motions deadline of October 4, 2024, which will be reset by subsequent order if appropriate.

**IT IS SO ORDERED** that the deadline for Defendants to complete Plaintiff's deposition is hereby extended to September 3, 2024 and the dispositive motions deadline is vacated.

Dated: July 17, 2024

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1

Order Re: Defendant's Notice Of Ex Parte Motion And Ex Parte Motion To Modify Court Order Re: Discovery Completion (2:21-cv-02291-CKD (PC))