IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **LARRY WILLIAM CORTINAS,**<br><br>Plaintiff,<br><br>v.<br><br>**COLVIN, et al.,**<br><br>Defendants. | Case No. 2:21-cv-02291-CKD (PC)<br><br>[~~PROPOSED~~] **ORDER RE: DEFENDANTS' NOTICE OF EX PARTE MOTION AND EX PARTE MOTION TO MODIFY COURT ORDER RE: DEPOSITION COMPLETION** |

Defendants C. Colvin and A. Brooks filed an Ex Parte Motion To Modify Court Order Re: Deposition Completion ("Ex Parte Application"). The court read and considered the Ex Parte Application and supporting documents, and any Opposition filed.

Good cause having been shown, the Court GRANTS the Ex Parte Application for an extension of time.

**IT IS SO ORDERED** that the deadline for Defendants to complete Plaintiff's deposition is hereby extended to October 18, 2024.

Dated:  September 3, 2024

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1

Order Re: Defendant's Notice Of Ex Parte Motion And Ex Parte Motion To Modify Court Order Re: Deposition Completion (2:21-cv-02291-CKD (PC))