UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY WILLIAM CORTINAS,<br><br>              Plaintiff,<br><br>     v.<br><br>COLVIN, et al.,<br><br>              Defendants. | No.  2:21-cv-2291 DAD CKD P<br><br><br><br>ORDER |

On November 1, 2024, defendants filed a motion asking that this action be dismissed. Alternatively, defendants asks that plaintiff's in forma pauperis status be revoked.  Plaintiff has not responded to the motion.

Good cause appearing, IT IS HEREBY ORDERED that:

1. Within thirty days of the date of this order, plaintiff shall file a response to defendants' November 1, 2024, motion.  Failure to comply with this order will result in a recommendation that this action be dismissed pursuant to Federal Rule of Civil Procedure 41(b).

/////

/////

/////

/////

/////

2. Defendants' July 3, 2024, motions to compel are denied without prejudice to renewal, if necessary, after the court resolves defendants' motion to dismiss / motion to revoke in forma pauperis status.

Dated:  December 3, 2024

/s/ Carolyn K. Delaney
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
cort2291.46osc