UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY WILLIAM CORTINAS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>COLVIN, et al.,<br><br>　　　　　Defendants. | No. 2:21-cv-2291-DAD-CKD P<br><br>ORDER VACATING FINDINGS AND RECOMMENDATIONS |

Plaintiff was a state prisoner when this action was initiated and is currently in custody at the Stanislaus County Public Safety Center. Plaintiff proceeds without counsel and seeks relief under 42 U.S.C. § 1983. On November 1, 2024, defendants filed a motion to revoke plaintiff's in forma pauperis status and/or to dismiss the complaint for plaintiff's failure to update his address of record upon release from prison. (ECF No. 58.) Plaintiff did not oppose the motion, and by order filed on December 4, 2024, the undersigned ordered plaintiff to respond to the motion or face dismissal of this action. (ECF No. 59.) Plaintiff was cautioned that failure to comply with the court's order would result in a recommendation that this action be dismissed pursuant to Federal Rule of Civil Procedure 41(b). (Id.) Plaintiff did not comply with the order or otherwise respond to the court within the time granted. Accordingly, on January 15, 2025, the undersigned recommended this case be dismissed for plaintiff's failure to prosecute. (ECF No. 60.)

////

1

On March 12, 2025, plaintiff filed a notice of change of address reflecting plaintiff's current address of record at the Stanislaus County Public Safety Center. (ECF No. 61.) On May 19, 2025, plaintiff filed a notice stating "plaintiff has received no mail with [regard] to this action" since March 7, 2024. (ECF No. 62.)

No court orders served to plaintiff by mail have been returned by the U.S. Postal Service. Moreover, it appears plaintiff's lack of receipt of mail for this case result from plaintiff's failure to promptly update his address of record upon release from state prison. Nevertheless, the court will instruct defendants to re-serve their pending motion to plaintiff at his current address of record and will allow plaintiff a final opportunity to oppose the pending motion or file a statement of non-opposition.

In accordance with the above, IT IS ORDERED as follows:

1. The findings and recommendations filed January 15, 2025 (ECF No. 60) are VACATED.

2. Defendants are directed to re-serve their motion filed on November 1, 2024 (ECF No. 58) to plaintiff at his current address of record within 7 days of the date of this order.

3. Within 30 days of the date of this order, plaintiff shall file any opposition or notice of non-opposition to the defendant's motion filed on November 1, 2024. Plaintiff is cautioned that the court does not intend to grant further extensions of time for this purpose and any further extensions of time will require a detailed showing of good cause demonstrating circumstances outside of plaintiff's control.

Dated: May 29, 2025

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

8, cort2291.vacfr.serv