UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY WILLIAM CORTINAS, | No. 2:21-cv-02291-DAD-CKD (PC) |
| Plaintiff, | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, GRANTING DEFENDANTS' MOTION TO REVOKE PLAINTIFF'S IFP STATUS AND DENYING DEFENDANTS' MOTION TO DISMISS |
| v. | |
| COLVIN, et al., | |
| Defendants. | (Doc. Nos. 58, 67) |

Plaintiff Larry William Cortinas is a county jail inmate proceeding *pro se* in this civil rights action brought pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On November 1, 2024, defendants moved to revoke plaintiff's *in forma pauperis* status pursuant to 28 U.S. C. § 1915(g), because he had suffered three or more prior strike dismissals of actions he had filed after being granted *in forma pauperis* status in those action and moved to dismiss this action due to plaintiff's failure to prosecute and keep the court apprised of his current address. (Doc. No. 58.) On August 20, 2025, the assigned magistrate judge issued findings and recommendations recommending that defendant's motion to revoke plaintiff's *in forma pauperis* status be granted based upon the prior dismissal orders noted therein. (Doc. No. 67 at 2–3.) The magistrate judge also concluded that plaintiff had not attempted to show, and did not meet, the

1

imminent danger of serious physical injury exception of § 1915(g).  (*Id.*)  In addition, the magistrate judge recommended that defendants' motion to dismiss this action due to plaintiff's failure to prosecute and keep the court apprised of his current address be denied, noting that after defendants' motion to dismiss was filed, plaintiff had updated his address of record.  (*Id.* at 3.)

The pending findings and recommendations were served on the parties and contained notice that any objections thereto were to be filed within fourteen (14) days after service.  (*Id.* at 3–4.)  To date, no objections to the findings and recommendations have been filed, and the time in which to do so has now passed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a *de novo* review of the case.  Having carefully reviewed the entire file, the court concludes that the findings and recommendations are supported by the record and by proper analysis.

Accordingly:

1. The findings and recommendations issued on August 20, 2025 (Doc. No. 67) are adopted in full;

2. Defendants' motion to revoke plaintiff's in forma pauperis status in this action (Doc. No. 58) is granted;

3. Plaintiff is ordered to pay the required $350 filing fee in connection with this action, Case No. 2:21-cv-02291-DAD-CKD (PC), within 30 days of the date of this order and is advised that his failure to do so will result in the dismissal of this action and Case No. 2:24-cv-00130-DAD-CKD (PC);

4. Defendants' motion to dismiss this action due to plaintiff's purported failure to keep the court apprised of his address is denied; and

5. This matter is referred back to the magistrate judge for further proceedings.

IT IS SO ORDERED.

Dated: **September 19, 2025**

*Dale A. Drozd*
DALE A. DROZD
UNITED STATES DISTRICT JUDGE

2