UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LARRY WILLIAM CORTINAS,

Plaintiff,

v.

COLVIN, et al.,

Defendants.

No.  2:21-cv-02291-DAD-CKD (PC)

ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING THIS ACTION FOR FAILURE TO PAY FILING FEE

(Doc. No. 69)

Plaintiff Larry William Cortinas is a state prisoner proceeding *pro se* in this civil rights action brought pursuant to 42 U.S.C. § 1983.  This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On September 22, 2025, the undersigned adopted the assigned magistrate judge's findings and recommendations and granted defendants' motion to revoke plaintiff's *in forma pauperis* status.  (Doc. No. 68.)  The court also ordered plaintiff to pay the required $350 filing fee within thirty (30) days of the date of entry of that order.  (*Id.* at 2.)  Plaintiff has not since paid the requisite filing fee.  Accordingly, on October 30, 2025, the assigned magistrate judge issued findings and recommendations recommending that this action be dismissed, without prejudice, due to plaintiff's failure to pay the filing fee. (Doc. No. 69.)  The findings and recommendations were served upon plaintiff and contained notice that any objections thereto were to be filed within

/////

1

fourteen (14) days after service.  (*Id.* at 1–2.)  To date, plaintiff has not filed any objections to the pending findings and recommendations and the time in which to do so has passed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), the court has conducted a *de novo* review of the case.  Having carefully reviewed the entire file, the court concludes that the pending findings and recommendations are supported by the record and proper analysis.

Accordingly,

1.   The findings and recommendations issued on October 30, 2025 (Doc. No. 69) are ADOPTED in full;

2.   This action is DISMISSED, without prejudice, due to plaintiff's failure to pay the required filing fee; and

3.   The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:   **April 16, 2026**

DALE A. DROZD
UNITED STATES DISTRICT JUDGE

2