IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **LARRY WILLIAM CORTINAS,** | Case No. 2:21-cv-02291-DAD-CKD (PC) |
| Plaintiff, | **[PROPOSED]** ORDER RE: DEFENDANTS' EX PARTE MOTION TO EXTEND TO TIME TO FILE AN OPPOSITION TO PLAINTIFF'S MOTION FOR RECONSIDERATION AND TO SET-ASIDE JUDGEMENT (ECF NO. 72) |
| v. | |
| **COLVIN, et al.,** | |
| Defendants. | |

Defendants C. Colvin and A. Brooks filed an ex parte application for an order to extend the time for Defendants to file and serve an Opposition to Plaintiff's Motion for Reconsideration and to set-Aside the Judgment [ECF No. 72] ("Ex Parte Application"). The Court read and considered the Ex Parte Application and supporting documents. Good cause having been shown, the Court GRANTS the Ex Parte Application.

**IT IS SO ORDERED** that the deadline for Defendants to file and serve their Opposition is hereby extended to May 13, 2026.

Dated:  May 7, 2026

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

8 cort2291.36reopp

1